Arturo E. Matthews, Jr., Esq.
Email:  aem@matthewsfirm.net
Attorney for Plaintiff, Pamela Torrence
California Bar No. 145232
6 Hutton Centre Drive, Suite 600
Santa Ana, CA  92707
Telephone:  714-647-7110
Facsimile: 714-647-5558

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Pamela Torrence,<br><br>       Plaintiff,<br><br>v.<br><br>I.C. System, Inc.,<br><br>       Defendant. | Case No. 2:16-cv-09079-SJO-AFM<br><br>**NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action without prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

                                                RESPECTFULLY SUBMITTED,


Date:  February 20, 2017         By:   /s/ Arturo E. Matthews, Jr.
                                                Arturo E. Matthews, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2017, I electronically filed the foregoing Notice.  Service of this filing will be made by the Plaintiff's Counsel upon Defendant's General Counsel with whom Plaintiff's Counsel has been dealing in connection with this claim.

/s/ Arturo E. Matthews, Jr.